## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BENAMAX ICE, LLC, | : | Hon. Joseph H. Rodriguez |
| *Plaintiff*, | : | Civil Action No. 20-8069 |
| v. | : | **ORDER** |
| MERCHANT MUTUAL INSURANCE CO., JOHN DOES (1-10), ABC COMPANIES (1-10) | : | |
| *Defendants*. | : | |

This matter having come before the Court on Motion to Dismiss [Dkt. No. 6] of Defendant Merchant Marine Insurance Company, pursuant to Fed. R. Civ. P. 12 (b)(6); and the Court having considered the written submissions of the Defendant and Plaintiff Benamax Ice, LLC, pursuant to Fed. R. Civ. P. 78; and for the reasons expressed in the Court's Opinion of even date,

IT IS on this 29th day of March, 2021 hereby

ORDERED that Defendants Motion to Dismiss [Dkt. No. 6] is granted.

s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ,
United States District Judge
